In the Matter of DOROTHY COCOZZA et al., Respondents, v. RICHARD ANTIDORMI, Appellant.—

Munder, Acting P. J., Latham and Brennan, JJ., concur; Martuscello and Kleinfeld, JJ., dissent and vote to affirm the order.